**LAW OFFICES OF NOLAN KLEIN, P.A.**         ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Hector V. Ramirez, Esq.
ramirez@nklegal.com

March 17, 2020

**VIA ECF**
Honorable Judge Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Mercer v. Rampart Hotel Ventures, LLC**
             SDNY Case No.: 1:19-cv-03551

Dear Judge Englemeyer,

    As the Court may recall, this law firm represents the Plaintiff, Stacey Mercer, in the above-captioned case. I write today with reference to this Court's Order dated February 24, 2020, in order to respectfully notify the Court that Plaintiff will not be filing an amended complaint. Thank you for your time and attention to this matter.

                                    Respectfully Submitted,

                                    **Law Offices of Nolan Klein, P.A.**

                                    By:   /s/ Hector V. Ramirez
                                           HECTOR V. RAMIREZ, ESQ.
                                           (HR3270)

3/17/2020

The Court appreciates this update. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge